| Information to identify the case: | | |
|---|---|---|
| Debtor | **Right Triangle Group LLC** <br> Name | EIN: 92–1236856 |
| United States Bankruptcy Court   Southern District of Florida | | Date case filed for chapter:   7   5/20/26 |
| Case number:   26–16588–SMG | | |

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**
<u>**WARNING TO DEBTOR:**</u> **WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Right Triangle Group LLC | |
| 2. | **All Other Names Used in the Last 8 Years** | dba Body20 Pembroke Pines | |
| 3. | **Address** | 15959 Pines Blvd <br> Pembroke Pines, FL 33027–1201 | |
| 4. | **Debtor's Attorney** <br> (or Pro Se Debtor) <br> Name and address | Yenys Hirsch <br> Arguez & Hirsch LLC <br> 12555 Orange Drive <br> Second Floor <br> Davie, FL 33330 | Contact phone 9542376060 |
| 5. | **Bankruptcy Trustee** <br> Name and address | Marc P Barmat <br> www.barmattrustee.com <br> 2255 Glades Rd Suite 419A <br> Boca Raton, FL 33431 | Contact phone 561–395–0500 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Federal Building <br> 299 E Broward Blvd, Room 112 <br> Ft Lauderdale FL 33301 | Hours open 8:30 a.m. – 4:00 p.m. <br> Contact Phone (954) 769–5700 |
| | | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | **Note:** Contact the Clerk's Office at the number listed above or check the court's website for reduced hours of operation for in–person filings. <br><br> Clerk of Court: **Joseph Falzone** <br> Dated: **5/21/26** |
| 7. | **\*MEETING OF CREDITORS\*** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | June 24, 2026 at 10:00 AM <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **\*MEETING WILL BE HELD BY VIDEO CONFERENCE\*** <br><br> **Go to www.Zoom.us, click on JOIN or call (561) 710–6887, Enter Meeting ID 999 510 4065, and Passcode 1580318077** <br> For additional meeting information visit: www.justice.gov/ust/moc |

Debtor   **Right Triangle Group LLC**                                         Case number **26–16588–SMG**

| 8. | **Proof of Claim Deadline** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you a notice telling you that you may file a proof of claim and setting the deadline. |
|---|---|---|
| 9. | **Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Liquidation of the Debtor's Property and Payment of Creditors' Claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |
| 11. | **Abandonment of Property by Trustee, Deadline to Object to Trustee's Report** | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within two business days. Objections to the report must be filed within 14 days of the meeting. |
| 12. | **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Notices Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). |
| 13. | **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. |